5-22CV0181-H

7-2-2022

To whom it may Concern
I Angela Burton was Abuse
by Dallas County jail I was
jump on by Staff And held
in my cell 3 months No Shower
I was place on meds that
mess with my mentenl Stage
of mind I was verbal Abuse As
well I wrote the Courts I was
Charge with a Charge When I
was the one who got stabE in
my right eye they didn't give
me medical Attention they
Chip my Front two teeth
I was told to write this Address
to File A complaint I want to
do somthing about this
Matter At hand if you can please
help me



RECEIVED
JUL 12 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



Angela Burton
2103 4053
7W3 6lo0334
Dallas Texas 75212

Northern of District of
Texas 1205 Texas Ave
Room 209 Lubbock, TX 79401