UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ANGELA BURTON,
Institutional ID No. 21034633

        Plaintiff,

v.

DALLAS COUNTY JAIL,

        Defendant.

No. 5:22-CV-00181-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated August 25, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge